| | | | |
|---|---|---|---|
| Com. v. Bradshaw | 1930 MDA 2014<br>Affirmed | 07/12/2016 | CP–40–CR–0001525–2006<br>(Luzerne) |
| Com. v. Zhu | 658 MDA 2015<br>Quashed | 07/12/2016 | CP–14–CR–0001558–2013<br>(Centre) |
| Com. v. Zhu | 659 MDA 2015<br>Quashed | 07/12/2016 | CP–14–CR–0001545–2013<br>(Centre) |
| Com. v. Zhu | 752 MDA 2015<br>Affirmed | 07/12/2016 | CP–14–CR–0001558–2013<br>(Centre) |
| Com. v. Zhu | 753 MDA 2015<br>Affirmed | 07/12/2016 | CP–14–CR–0001545–2013<br>(Centre) |
| Com. v. Shuler | 1213 MDA 2015<br>Affirmed | 07/12/2016 | CP–22–CR–0000323–2003<br>(Dauphin) |
| In the Interest of J.M.G.; Appeal of J.M.G. | 1547 MDA 2015<br>Affirmed | 07/12/2016 | CP–21–JV–0000206–2014<br>(Cumberland) |
| Com. v. Shuler | 1955 MDA 2015<br>Vacated | 07/12/2016 | CP–22–CR–0000323–2003<br>(Dauphin) |
| Com. v. Futrell | 2021 MDA 2015<br>Affirmed | 07/12/2016 | CP–22–CR–0000615–1997<br>(Dauphin) |
| Com. v. Grandberry | 2104 MDA 2015<br>Affirmed | 07/12/2016 | CP–22–CR–0004931–2011<br>(Dauphin) |
| Com. v. Brannon | 2017 WDA 2014<br>Vacated and<br>Remanded | 07/12/2016 | CP–02–CR–0010168–2014<br>(Allegheny) |
| Com. v. Smith | 1704 WDA 2015<br>Affirmed | 07/12/2016 | CP–25–CR–0002106–2008<br>(Erie) |
| Com. v. Kelly | 1786 WDA 2015<br>Affirmed | 07/12/2016 | CP–02–CR–0008384–1993<br>(Allegheny) |
| Com. v. Warrick | 2019 WDA 2015<br>Affirmed | 07/12/2016 | CP–02–CR–0011872–2005<br>(Allegheny) |
| Com. v. Harris | 2525 EDA 2014<br>Reversed and<br>Remanded | 07/13/2016 | MC–51–CR–0048044–2013<br>(Philadelphia) |
| Com. v. Miller | 2767 EDA 2014<br>Vacated and<br>Remanded | 07/13/2016 | CP–51–CR–0004869–2014<br>(Philadelphia) |